934-15
935-15

# ELECTRONIC RECORD

COA # 01-14-00697-CR                    OFFENSE: 22.02(Aggravated Assault)

STYLE: David Sendejo v. The State of Texas                    COUNTY: Harris

COA DISPOSITION:          AFFIRM                    TRIAL COURT: 262nd District Court

DATE: 06/18/15                    Publish: NO    TC CASE #:          1408625

## IN THE COURT OF CRIMINAL APPEALS

934-15
935-15

STYLE:    David Sendejo v. The State of Texas          CCA #: _____

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: __11/04/2015__          SIGNED: _____          PC: _____

JUDGE: __[signature]__          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**